ACCEPTED
14-15-00277-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 3:49:07 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-15-00277-CR

| | | |
|---|---|---|
| ASTROROID BENTON | § | IN THE COURT OF APPEALS |
| [Appellant] | | |
| | § | |
| VS. | | OF THE FOURTEENTH |
| | § | |
| THE STATE OF TEXAS | | |
| [Appellee] | | SUPREME JUDICIAL DISTRICT |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
7/31/2015 3:49:07 PM
CHRISTOPHER A. PRINE
Clerk

### SECOND MOTION FOR EXTENSION OF TIME
### TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW ASTROROID BENTON, Appellant, and files this motion for an extension of 30 days in which to file his appellate brief. In support of this motion, Appellant shows the court the following:

**I**

The Appellant was convicted and then sentenced on March 20, 2015 in the 248th Criminal District in Harris County, Texas in Cause No. 1412553 of Murder. The Appellant was sentenced by the jury and received 90 years in the Texas Department of Criminal Justice Institutional Division.

A written notice of appeal was filed on the same day. The clerk's record was filed on May 13, 2015 and the reporter's record was filed on April 24, 2015 and May 18, 2015.

This is Appellant's second request for an extension of time, Appellant's brief was

due July 30, 2015.

## II

An extension of time is necessary so that counsel can adequately brief the issues presented.

Counsel has received the record and reviewed trial counsel's file. Nevertheless, counsel has not completed reading the record. Counsel has been out of town on two work related matters (July 24 and July 26-28) and has been preparing for a trial that was set on July15, 2015 but then reset to August 12, 2015.

Further, counsel has spent some time with her young children during their summer break from school.

For these personal and professionals reasons, counsel requests an extension until August 30, 2015 to file her brief.

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing the appellate brief to August 30, 2015.

RESPECTFULLY SUBMITTED,

*/s/ Deborah Summers*
Deborah Summers
State Bar No. 19505600
11210 Steeplecrest, Suite 120
Houston, Texas 77065
(281) 897-9600
Summerspc@sbcglobal.net

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been furnished to the District Attorney's Office of Harris County, Texas, by e-service to the District Attorney email, on the 31st day of July 2015.

 */s/ Deborah Summers*
Deborah Summers

**CAUSE NO. 14-15-00277-CR**


ASTROROID BENTON     §     IN THE COURT OF APPEALS
    [Appellant]

                                §

VS.                               §     OF  THE FOURTEENTH

                                §

THE STATE OF TEXAS
    [Appellee]                      SUPREME JUDICIAL DISTRICT


## O R D E R


On this the ___ day of _____, 2015 came to be heard Appellant's Motion for Extension of Time to File Appellate Brief, and it appears to the court that this motion should be:


------------
GRANTED


------------
DENIED

IT IS THEREFORE ORDERED that the time for filing the Appellate Brief in the above cause is extended to _____, 2015.


                                    _____
                                    JUDGE PRESIDING

**CAUSE NO. 14-15-00277-CR**


ASTROROID BENTON       §      IN THE COURT OF APPEALS
    [Appellant]

                                  §

VS.                               §      OF THE FOURTEENTH

                                  §

THE STATE OF TEXAS
    [Appellee]                        SUPREME JUDICIAL DISTRICT

## A F F I D A V I T


COMES NOW Deborah Summers, before the undersigned authority, and swears

to the following:


     My name is Deborah Summers. I am the attorney of record in the
     above cause. The foregoing Appellant's Motion For Extension of
     Time to File Appellate Brief was prepared under my direction. Each
     and every factual allegation contained therein is true and correct.


                */s/ Deborah Summers*
                Deborah Summers